UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SESTAK,<br><br>                              Petitioner,<br><br>         -against-<br><br>MARGARET PARISI-McGOWAN; EILEEN CSAKANY,<br><br>                              Respondents. | 1:23-CV-7264 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 16, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 16, 2023
         New York, New York

                                                            /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                     Chief United States District Judge